Case 1:09-cv-01641-ODE   Document 1   Filed 06/19/09   Page 1 of 11

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

JUN 19 2009

JAMES N. HATTEN, Clerk
By: /s/ Deputy Clerk

-GET-

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CHONG AE HAN,<br><br>Plaintiff,<br><br>vs.<br><br>MORTGAGE LENDERS NETWORK USA, INC.; GMAC MORTGAGE, LLC; AMERICA'S SERVICING COMPANY; WELLS FARGO BANK, N.A.; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., and DOES 1-50, inclusive,<br><br>Defendants. | §§§§§§§§§§§§§§§<br><br>CIVIL ACTION NO. 1 09-cv-1641 |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1331, 1367, 1441 and 1446, Defendants GMAC Mortgage, LLC ("GMACM") and Mortgage Electronic Registration Systems, Inc. ("MERS") (collectively "Removing Defendants") hereby remove this case from the Superior Court of Georgia, Gwinnett County, to the United States District Court for the Northern District of Georgia, Atlanta Division, and respectfully state as follows:

## STATEMENT OF THE CASE

1. On May 12, 2009, an action was commenced in the Superior Court of Georgia, Fulton County, entitled *Chong Ae Han v. Mortgage Lenders Network USA, Inc., et al*, Case No. 09A-04320-10 (the "State Court Action"). True and accurate copies of the summons and complaint in the State Court Action (the "Complaint") are attached hereto as "Exhibit A."

2. GMACM was served with a copy of the Complaint on May 27, 2009. MERS was served with a copy of the Complaint on May 22, 2009. This Notice of Removal is being filed within 30 days of receipt of the Complaint. Removal is therefore timely in accordance with 28 U.S.C. § 1446(b).

3. The Complaint purports to assert eleven causes of action, identified and/or generally alleged as follows: (1) violation of the Georgia Uniform Deceptive Trade Practices Act, (2) violation of the Georgia Residential Mortgage Act, (3) breach of imputed duty per Georgia Fair Business Practices Act, (4) fraud, (5) fraud in the inducement, (6) conversion, (7) quiet title, (8) libel, (9) civil conspiracy, (10) violation of Georgia Racketeer Influenced and Corrupt Organizations Act ("Georgia RICO"), and (11) petition for interlocutory injunctive relief.

## FEDERAL QUESTION JURISDICTION

4.      This Court has jurisdiction over this matter under 28 U.S.C. § 1331 because Plaintiff's claims arise under the laws of the United States. The Supreme Court has held that "a case 'arose under' federal law where the vindication of a right under state law necessarily turned on some construction of federal law. *Franchise Tax Bd. V. Construction Laborers Vacation Trust,* 436 U.S. 1, 9 (1983). Further, as the Eleventh Circuit has recognized, federal question jurisdiction arises where a party has asserted an action under Georgia RICO and the underlying violations involved federal mail fraud. *Ayres v. General Motors Corp.*, 234 F.3d 514, 517-18 (11th Cir. 2000).

5.      Here, Plaintiff has alleged federal mail fraud as part of the alleged RICO scheme. *See* Exhibit A, ¶ 110. Accordingly the resolution of this matter turns upon federal questions, and this Court has jurisdiction.

6.      Pursuant to 28 U.S.C. § 1367(a), this Court has supplemental jurisdiction over the state law and common law claims asserted by Plaintiff because those claims asserted form part of the same case or controversy.

7.      Defendants GMACM and MERS have consented to the removal of this action.

8. Upon information and belief, no other defendants have been served in this action, as no return of service has been filed with the Superior Court of Georgia, Gwinnett County as of June 18, 2009, or are nominal or unknown defendants, and therefore, additional consent to this removal is not required. *See Tri-Cities Newspapers, Inc. v. Tri-Cities P.P. & A Local 349*, 427 F.2d 325, 326-27 (5th Cir. 1970); *Salveson v. Western States Bankcard Ass'n.*, 731 F.2d 1423, 1429 (9th Cir. 1984). Accordingly, all properly served and joined defendants, excluding nominal, unknown and fraudulent joined parties, have consented to this Notice of Removal.

9. Venue is proper in this Court pursuant to 28 U.S.C. § 1441(a) because the United States District Court for the Northern District of Georgia, Atlanta Division, is the federal judicial district and division embracing the Superior Court of Georgia, Gwinnett County, where the State Court Action was originally filed.

10. Pursuant to 28 U.S.C. § 1446(a), a true and correct copy of all the process, pleadings, and orders on file in the State Court Action or served on the Removing Defendants are attached collectively hereto as "Exhibit B."

## CONCLUSION

WHEREFORE, Defendants GMACM and MERS hereby remove this Action from the Superior Court of Georgia, Gwinnett County to the United States District

Court for the Northern District of Georgia, Atlanta Division. By this Notice of Removal and the associated attachments, Removing Defendants do not waive any objections they may have as to service, jurisdiction or venue, or any other defenses or objections they may have to this action. Removing Defendants intend no admission of fact, law or liability by this Notice, and expressly reserve all defenses, motions and/or pleas. Removing Defendants pray that the State Court Action be removed to this Court, that all further proceedings in the State Court Action be stayed, and that Removing Defendants receive all additional relief to which they are entitled.

This the 19th day of June, 2009.

Respectfully submitted,

Paul T. Kim
Georgia Bar No. 418841
LOCKE LORD BISSELL & LIDDELL, LLP
The Proscenium, Suite 1900
1170 Peachtree Street, NE
Atlanta, GA 30309
(404)-870-4678 - *telephone*
(404)-872-5547 - *facsimile*
pkim@lockelord.com

*Attorneys for Defendants GMAC MORTGAGE, LLC and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.*

## **CERTIFICATE OF COMPLIANCE**

The undersigned counsel hereby certifies that this Notice of Removal was prepared using Time New Roman 14 point , in accordance with L.R. 5.1(B).

Paul T. Kim
Georgia Bar No. 418841
LOCKE LORD BISSELL & LIDDELL, LLP
The Proscenium, Suite 1900
1170 Peachtree Street, NE
Atlanta, GA 30309
(404)-870-4678 - *telephone*
(404)-872-5547 - *facsimile*
pkim@lockelord.com

*Attorneys for Defendants GMAC MORTGAGE, LLC and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.*

## CERTIFICATE OF SERVICE

The undersigned certifies that on June 19, 2009, a true and correct copy of the foregoing document was served via U.S. certified mail, return receipt requested, upon the attorney for Plaintiffs at the following:

Irene Kim, Esq.
Geerdes and Kim, LLC
3483 Satellite Blvd.
Duluth, Georgia 30096
(404) 257-1777
(404)-257-1050 (fax)

_____
Paul T. Kim

IN THE SUPERIOR COURT OF GWINNETT COUNTY
STATE OF GEORGIA

| | |
|---|---|
| CHONG AE HAN )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>MORTGAGE LENDERS NETWORK USA, )<br>INC.; GMAC MORTGAGE, LLC; )<br>AMERICA'S SERVICING COMPANY; )<br>WELLS FARGO BANK, BANK, N.A.; )<br>MORTGAGE ELECTRONIC )<br>REGISTRATION SYSTEMS; and DOES 1 )<br>through 10, inclusive, )<br>)<br>Defendants. ) | CIVIL ACTION<br>FILE NO. 09A-4320-10 |

## NOTICE OF FILING NOTICE OF REMOVAL

TO:   [TOM LAWLER]
Clerk of Superior Court
Gwinnett County Justice and
Administration Center
75 Langley Drive
Lawrenceville, GA 30045

Irene Kim
GEERDES AND KIM, LLC
3483 Satellite Blvd.
Suite 221 South
Duluth, GA 30096

Please take notice that on June 19, 2009, Defendants GMAC Mortgage, LLC and Mortgage Electronic Registration Systems, Inc., filed with the Office of the Clerk of the United States District Court for the Northern District of Georgia, Atlanta, Division, a Notice of Removal. A copy of the Notice of Removal is attached hereto as Exhibit A.

This 19th day of June, 2009.

Respectfully submitted,

LOCKE LORD BISSELL & LIDDELL LLP

By _____
Paul T. Kim
Georgia Bar No. 418841
LOCKE LORD BISSELL & LIDDELL LLP
The Proscenium, Suite 1900
1170 Peachtree Street, N.E.
Atlanta, GA 30309
Phone: 404-870-4600
Fax: 404-872-5547
pkim@lockelord.com

***ATTORNEYS FOR DEFENDANTS GMAC MORTGAGE, LLC and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.***

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on June 19, 2009, a true and correct copy of the foregoing document was served via certified mail, return receipt requested upon the following:

Irene Kim
GEERDES AND KIM, LLC
3483 Satellite Blvd.
Suite 221 South
Duluth, GA 30096

*/s/ Paul T. Kim*
Paul T. Kim