# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF GEORGIA

2211 UNITED STATES COURTHOUSE
75 SPRING STREET, SW
ATLANTA, GEORGIA 30303-3361

**JAMES N. HATTEN**             **CIVIL SECTION**
CLERK OF COURT             404-215-1655

September 25, 2009

Tom Lawler, Clerk
Superior Court of Gwinnett County
75 Langley Drive
Room 1E350
Lawrenceville, GA 30045

      **Re:**   *Chong Ae Han v. Mortgage Lenders Network USA, Inc., et al*
            **Your Case Number: 09A-04320-10**

Dear Mr. Lawler:

    Enclosed is a certified copy of an order entered by this court in the above-styled action remanding said action to your court.

                                Sincerely,

                                James N. Hatten
                                Clerk of Court

                     By:  s/ Ashley Knight
                           Deputy Clerk

Enclosure